FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLUMBIA RIVERKEEPER,<br><br>                          Plaintiff,<br><br>v.<br><br>CRUNCH PAK, LLC,<br><br>                          Defendant. | NO: 2:18-cv-387-RMP<br><br>ORDER APPROVING PROPOSED CONSENT DECREE |

BEFORE THE COURT is a Joint Motion to Approve Consent Judgment, ECF No. 24. The Court has reviewed the motion and the record and is fully informed.

On October 31, 2019, the parties filed a Proposed Consent Decree with the Court. ECF No. 24. Under the Clean Water Act, 33 U.S.C. § 1365(c)(3), "No consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator." The parties served the Proposed Consent Decree on October 31, 2019, and it was received on November

ORDER APPROVING PROPOSED CONSENT DECREE ~ 1

7, 2019. ECF No. 25. It has been 45 days since the United States received a copy of the Proposed Consent Decree, and the United States does not object to its approval. *See id*.; 33 U.S.C. § 1365(c)(3).

Having reviewed the terms of the Proposed Consent Decree, ECF No. 24-1, and because Defendant and the United States have consented to its terms, this Court finds that the Proposed Consent Decree is fair, reasonable, and consistent with the requirements of the Clean Water Act. Therefore, this Court finds good cause to approve of and enter the Consent Decree, which will be filed separately.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Joint Motion to Approve Consent Judgment, **ECF No. 24**, is **GRANTED**. This Court retains jurisdiction for the purposes of enforcing the Consent Decree.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** January 7, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge